**No. 41037.**—Protests 885839–G, etc., of Alliance Distributors, Inc. (New York).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Alliance* v. *United States* (C. D. 35) Diamante jewel showcards were held dutiable at 20 percent under paragraph 1558 as claimed.